IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 26  A 10: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Norman Clark Gangl )
Full name and prison number )
of plaintiff(s) 149515 )
 )
v. ) CIVIL ACTION NO. 2:07 CV 350-WHA
 ) (To be supplied by Clerk of
 ) U.S. District Court)
① Commissioner[s] Campbell )
② and Richard Allan )
③ Barbour County, Al. )
④ Dept of Corr. (ala) )
⑤ President George W. Bush )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

⑥ Dr. Peasant

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Norman Clark Gangl

         Defendant(s) Warden Giles, Et. Al.

      2. Court (if federal court, name the district; if state court, name the county) United States District Court, Northern District of Ala.

D.C. No 405-CV-2009 CIS-HGD

3. Docket number USCA No. 07-10406 C

4. Name of judge to whom case was assigned
   Judge C. Lynwood Smith, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Appealed - pending - 11th Circuit [No. 07-10406C]

6. Approximate date of filing lawsuit May - 2005

7. Approximate date of disposition Appealed - 1/24/07

II. PLACE OF PRESENT CONFINEMENT Ventress Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Ventress Correctional

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
   [EX] Commissioner Donal Campbell
   1. 301 South Ripley St. Montgomery, Al 36130
   2. Commissioner Richard Allen  301 South Ripley St. Montgomery, Al 36130
   3. Barbour County, Alabama (office of Chairman of County) 107 Ridgewood N. Clayton, Al 36027
   4. Alabama Dept of Corrections 1400 Lloyd St. Montgomery, Al 36107
   5. President George W. Bush  White House, Washington, DC.
   6. Dr. Peasant (Health Care Inc.)

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Began Sept. 01, 2002

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: Protections of the Constitutions against Cruel and unusual punishment violated

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The defendants listed; without a care in the world for the inmates inside the A.D.O.C. Prisons have allowed a prison designed to Hold 500 (Five Hundred) Inmates exceed 1700. [see attachments]

GROUND TWO: The defendent have ignored "federal orders" to Relieve overcrowding

SUPPORTING FACTS: Commissioner Campbell Resigned because the State Refused to Release prisoners, Commissioner Allen took over and said "The Feds can throw him in Jail before he would Release any prisoners."

GROUND THREE: The State Made frivolous attempts to Relieve overcrowding

SUPPORTING FACTS: These so called attempts were No More then Raindeer Games designed to appease the fed. Court orders by delaying matters that should have already been solved.

Ground four: Barbour County, Ala Should have ordered Ventress closed after the Inmate population exceeded 600 Inmates. There are 1700 at Ventress.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(1) Pay the Medical Cost of Plaintiff
(2) Order the State (ADOC) to Give Plaintiff ([5]five) days Credit for every (one[1]) day served. Pay Punitive damages for T.B. And Hep. C.
Note: See attachment

Norman Clark Gangl
Signature of plaintiff(s) 149515

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 10th 2007.
(Date)

Norman Clark Gangl
Signature of plaintiff(s)

Norman Clark Gangl
149515
Ventress Correctional Facility
Po Box 767
Clayton, Al 36016

4

## Attachment

Concerning Defendants:

Plaintiff named the former Commissioner Donal CAMPBELL because he allowed the overcrowded conditions in the A.D.O.C. to grow at an alarming rate and when informed that "He" could face a jail sentence if the overcrowed conditions of the A.D.O.C. were not corrected. Commissioner Campbell quit his job; but Plaintiff claims he must still except responsibility for not correting the overcrowded conditions and for allowing Prison units such as Ventress Correctional Facility to imprison [1700] one thousand seven hundred inmates when he knew that "Ventress" was only designed for [500] five hundred inmates.

Commissioner Allen has publicly admitted that He refuses to release inmates and that the Fed. Judge can put him in Jail. To show the impunity that Commissioner Allen has for the children, the State and for convicted felons of the State of Alabama - "He" - has allowed over [300,000] three hundred thousand gallons of raw sewage to be released in the Alabama Rivers, (by ADOC) More than 90% of the matteresses

Page 1

Would not Pass a Health inspection. They are covered with a Plastic that is cracked and torn and allows sweat, Germ, Phlegm, ooz from "STAPH" infection and other Germs to enter the mattress but no WAY to disinfect neutralize or clean the "INNER" PADS. No less then 70% of all the mattresses in the A.D.O.C should be Replaced becase "they" are toxic with germs.

The toilets are less then two feet apart and when two inmates are next to each other their shoulders often touch. There are only [3] three urinals in Dorm H. They are about [10] ten feet from the bunks, only a wall about [18] eighteen inches High. There are usually [204] two Hundred and four inmates Housed in Dorm H. [6] Six Showers. This Dorm should not House more than 50 inmates. Plaintiff Has been in Dorm H over three years.

Plaintiff Named Barbour County because the County allowed the Prison to be built in the County believing the facility was a 500 man unit. When the facility surpassed 600 inmates the County should have closed the facility Down. The LAUNDRY, The HEALTH care Facility, The Chow Hall and the Plumbing at Ventress were

Page 2

Designed to accommoDATE 500 INMATES and No More then 600 INMATES IN an EMErGENCY.

Ventress has been under Quarantine three time in the less than five years that Plaintiff has been housed at Ventress. Health Dept Official of Barbour County, Al. Have been well aware of the TB and STAPH infection Problems associated with the over-Crowded Conditions. The County must accept Responsibility for allowing the STAPH and TB Problems to Run RAMPANT at Ventress and for Plaintiff now being another Victom.

The A.D.O.C. is Guilty of allowing the over crowding Conditions to continue in the face of a Court Order for around 20 years to Relieve over Crowding.

Plaintiff also names President George W. Bush. because after the former State Attorney Gen. Richard Pryor fought for Ala. Right to treat inmates cruel and unusual all the way to the USSC and when He Lost in the USSC Richard Pryor Shocks the whole NAtion by slurring The United States Supreme Court in a DisRespectful WAY. President Bush was so tickled by Mr. Pryor that He made Mr Pryor a Federal JudGE.

PAGE 3

This was seen BY the A.D.O.C. as no more than a BLANk Check to treat inmates without REGARDS to the Constitutional Protections "they" should be accorded.

Also Plaitiff claims that President Bush is too closely Related to the PRIVATE Prison INDustry and is purposely allowing Alabama Prisons to stay over crowed for Personal Reason that will Have an end Result of sending more Ala. INMATES to PRIVATE Prisons.

Plaintiff also name Dr. Peasant of the Prison Health Care INC because He has forced Plaintiff to TAKe The TB medication Even Though Plaintiff WAS NOT cotagious and the Risk to His "Poor Liver" condition was extreme. Dr. Peasant informed inmate [GANGL] Plaintiff that He HAd No Choice and that He was following orders from the Bush administration.

What Plaintiff Wants.
(1) PAY for Medical Cost when Plaintiff is Free!
(2) Give Plaintiff [5] DAYS Credit for every DAY served Sense Sept. 1, 2002
(3) PAY Punitive DAMAGES for T.B., Hept.C, and SKIN STAPH.
(4) Pay 1000 dollars for Every DAY Plaintiff is being forced to take the medicen against His will.
(5) Appoint Attorney so This matter can go To trial.

Page 4

PLAINTIFF will also ask this Court to consider that the SIDE EFFECTS of the TB medication is already TAKING a Toll on Plaintiff's ability to Consentrate and filing this Complaint HAS Been very Difficult.

Respectfully,
Norman Clark Davis

Norman Clark GA#9 114951S
Ventress Correctional Facility
PO Box 767
Clayton, AL 36016

Page 5 (END)



Norman Clark Gangi 149515
NAME
AIS #         DORM #
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

In The United States District Court
Middle District.
Alabama

United States Courthouse
15 Lee St.
Montgomery, AL. 36104

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
36104 LAW LIBRARY