IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN CLARK GANGL (AIS# 149515) | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CASE NO. 2:07-CV-350-WHA |
| | * |
| COMMISSIONER[S] CAMPBELL, et al. | * |
| | * |
| Defendants. | * |

## DEFENDANT'S MOTION TO EXTEND TIME
## TO FILE SPECIAL REPORT AND ANSWER

COMES NOW the Defendant, John Peasant, M.D. (identified in the Complaint as Dr. Peasant), by and through counsel, and respectfully requests that this Honorable Court extend the time period which this Defendant has to file his Answer and Special Report in this action by thirty (30) days, up to and including July 16, 2007. As grounds for this Motion, Defendant shows to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. On or about May 15, 2007, counsel for the Defendant received a copy of the Gangl case and this Court's previously entered Order requiring the Defendants to file a Special Report and Answer on or before June 16, 2007. The Defendant is in the process of assembling the appropriate medical records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendant respectfully requests an extension within which to file his Special Report and Answer, said Special Report and Answer to be filed on or before July 16, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant John Peasant, M.D.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 12th day of June, 2007, to:

Mr. Norman Clark Gangl (AIS # 149515)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant John Peasant, M.D.