IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

NORMAN CLARK GANGL, #149 515   *

    Plaintiff,   *

    v.   *   2:07-CV-350-WHA

COMMISSIONER[S] CAMBELL,   *
*et al.*,
    Defendants.   *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Peasant's' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 80) is GRANTED; and

2. Defendant Peasant is GRANTED an extension from June 18, 2007 to July 16, 2007 to file his answer and written report.

Done, this 13th day of June 2007.


                                                /s/ Wallace Capel, Jr.
                                         WALLACE CAPEL, JR
                                         UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00350-MHT-WC    Document 9    Filed 06/13/2007    Page 2 of 2