IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN CLARK GANGL** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) CASE NO. 2:07-CV-350-WHA-WC |
| **DONAL CAMPBELL, ET AL.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANTS

COMES NOW Defendants **Alabama Department of Corrections, Commissioner Richard Allen, and former Commissioner Donal Campbell**, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff lacks standing to bring this suit.

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff's claims are barred by the statute of limitations.

Defendants are entitled to absolute immunity.

Defendants are entitled to qualified immunity.

Respectfully submitted,

TROY KING
Attorney General


/s/ Benjamin H. Albritton
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 18th day of June, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Norman Clark Gangl, 149515
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama  36016

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General