**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 25, 2007

## NOTICE OF REASSIGNMENT

RE:   Gangl v. Campbell et al

Civil Action No. 2:07cv350-WHA

The above-styled case has been reassigned to District Judge Myron H. Thompson. Please note that the number case number will be 2:07cv350-MHT.

Sincerely,

Sheryl K. Lent
Deputy Clerk