In the United States District Court For the Middle District of Alabama Northern Division

2007 JUL -3 A 10:00

Norman Clark GANGL,
   PLAINTIFF,
V.                                2:07-CV-350-WHA-WC
DoNAL Campbell, Et Al,            [JURY-TRIAL REQUESTED]
   Defendants

## "OBJECTION TO "COUNSEL" for Defendants"

Plaintiff [GANGL] Recently Received some "LEGAL PAPERS" from the Defendants in the above Styled Case.

The "LEGAL PAPERS" are ENTered into the Record as:
   Document Number: 12, and
   Document Number: 11

Plaintiff ask this Court to observe that Document Number[s] 11 and 12 were "Respectfully Submitted" [BY] TROY KING Attorney General for the State of Alabama.

Plaintiff "Avers" that because Attorney General Troy King has Recently Filed a "State Law Suit" on the Same Defendants of the above Styed Case. There is a "Conflict of interest" as well as an "ETHICS" Violation and Plaintiff Prays this Court address This "Objection to Counsel".

PAGE 1

# ARGUEMENT

The Alabama Prison System has "exceeded" it's Maximum Recommended Capacity by so many inmates that Recently the A.D.O.C. "Sewage Treatment Plant" has allowed approximately 300,000 [Three Hundred Thousand Gallons] of RAW SEWAGE to be diverted into Alabama Rivers.

There was a "Public Outcry" so Attorney General Troy King filed a "State Law Suit" on the Defendants.

Attorney General Troy King has Publicly admitted that the "LAW SUIT" was NOT Filed to Punish the A.D.O.C. But was in Fact "only Filed" to Prevent intervention BY the "E.P.A." or "Federal Government."

Plaintiff avers that "Whatever" the "Reasons" were, the FACT CAN'T be denied.

Attorney General Troy King CAN [Not] Straddle the Fence. and FILE a LAWSuit on the Defendants on one day, and then Defend the Defendants on the SAME issues the Next Day.


PAGE 2

Plaintiff filed a "Personal Injury Complaint" under section 1983. The "Causation" of Plaintiff's Claim - that is - Due to overcrowded conditions Plaintiff was personally injured; runs hand and hand with: "the Link between a defendants conduct and the violation concerned in the "State Law Suit" that Attorney General Troy King has filed against the "SAME Defendants".

Plaintiff's information regarding the "State Law Suit"; Attorney General Troy Kings' Personal Statements Regarding the "State Law Suit" and Facts Concerning the (300,000) three Hundred Thousand Gallons [approximate] of RAW SEWAGE was obtained from the "A.P." Newspapers from Montgomery and Mobile Alabama.

## Conclusion

Plaintiff Respectfully Request that this Court allow Attorney General Troy King to "withdraw" as Counsel for the Defendants and in the Event that Attorney General Troy King Does [NOT] Choose to withdraw then this Court allow a hearing concerning Plaintiffs Claim of the "Conflict of Interest" and an "Ethics" Violation.

Respectfully Submitted *Norman Clark Gangl*

Date 6/28/2007    Norman Clark Gangl 149515

Page 3

# Certificate of Service

I Norman Clark Gangl, swear that all the information in this Motion is true and that on this DAY June 28th 2007, the ORIGINAL COPY is being deposited, Postage Prepaid, in the U.S. MAIL Box; for the U.S. District Court and a COPY each for the Attorney for Defendants. Postage Paid.

Respectfully Submitted,

DATE June 28th 2007   Signed Norman Clark Gangl

Norman Clark GANGL 149515
Ventress Correctional Facility
PO Box 767
Clayton, al 36016

(1) Office of the Clerk
United States District Court
PO Box 711, Montgomery, al 36101-0711

(2) Office of the Attorney General Troy King
11 South Union, Montgomery, al 36130-0152

(3) Law Office of Paul M. James Jr.
PO Box 270
Montgomery, al 36101-0270

Respectfully Submitted,
Date June 28th 2007   Signed Norman Clark Gangl
Norman Clark GANGL

Norman Clark Gang
NAME  AIS # 149515  DORM # H-1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
02 JUL 2007 PM 4 L

OFFICE of the Clerk
UNITED STATES District Court
P O Box 711
Montgomery, Al. 36101-0711

LEGAL MAIL

36101+0711 B007

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."