IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

NORMAN CLARK GANGL, #149 515  *

    Plaintiff,  *

    v.  *  2:07-CV-350-MHT

COMMISSIONER[S] CAMBELL,  *
*et al.*,
    Defendants.  *

_____

**ORDER ON MOTION**

On July 3, 2007 Plaintiff filed a pleading captioned as an "objection" wherein he objects to counsel's appearance on behalf of Defendants employed by the Alabama Department of Corrections. Plaintiff asserts that counsel's appearance of record constitutes a conflict of interest in this matter because the Attorney General for the Sate of Alabama has initiated litigation against some of the same defendants named by Plaintiff as parties to the instant action. Upon consideration of Plaintiff's pleading, construed as a motion to strike counsel of record's appearance for the ADOC Defendants, it is

ORDERED that the motion (Doc. No. 14) be and is hereby DENIED.

Done, this 6th day of July 2007.

                                      /s/ Wallace Capel, Jr.
                                      WALLACE CAPEL, JR
                                      UNITED STATES MAGISTRATE JUDGE