IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

NORMAN CLARK GANGL          *
#149 515
    Plaintiff,               *

    v.                       *          2:07-CV-350-MHT
                           (WO)
COMMISSIONER[S] DONAL        *
CAMPBELL, RICHARD ALLEN,
*et al.*,                     *
    Defendants.

_____

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 10) to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

1.    The Recommendation is ADOPTED;

2.    Plaintiff's claims against President George W. Bush, Barbour County, Alabama, and the Alabama Department of Corrections are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i-iii);

3.    President Bush, Barbour County, Alabama, and the Alabama Department of Corrections are DISMISSED as defendants to this complaint;

4.      Plaintiff's claims which arose prior to April 26, 2005, are DISMISSED with

prejudice under 28 U.S.C. § 1915(e)(2)(B)(i), as such claims are not filed

within the time prescribed by the applicable statute of limitations; and

5.      This case with respect to the remaining defendants is referred back to the

Magistrate Judge for additional proceedings.

DONE, this the 9th day of July, 2007.


                           /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE