IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN CLARK GANGL (AIS# 149515) | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07-CV-350-WHA |
| COMMISSIONER[S] CAMPBELL, et al. | * |
| Defendants. | * |

## DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COMES NOW the Defendant, John Peasant, M.D. (identified in the Complaint as Dr. Peasant), by and through counsel, and respectfully requests that this Honorable Court extend the time period which this Defendant has to file his Answer and Special Report in this action by thirty (30) days, up to and including August 15, 2007. As grounds for this Motion, Defendant shows to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. The Defendant is in the process of reviewing the appropriate medical records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendant respectfully requests an additional extension within which to file his Special Report and Answer, said Special Report and Answer to be filed on or before August 25, 2007.

                                        Respectfully submitted,

                                        /s/ PAUL M. JAMES, JR.
                                        Alabama State Bar Number JAM017
                                        Attorney for Defendant
                                        John Peasant, M.D.
                                        RUSHTON, STAKELY, JOHNSTON &
                                        GARRETT, P.A.
                                        P. O. Box 270
                                        Montgomery, AL  36101-0270
                                        Telephone: (334) 206-3148
                                        Fax: (334) 262-6277
                                        E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 16th day of July, 2007, to:

Mr. Norman Clark Gangl (AIS # 149515)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

                                        /s/ PAUL M. JAMES, JR. (JAM017)
                                        Attorney for Defendant
                                        John Peasant, M.D.