IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

NORMAN CLARK GANGL, #149 515     *

    Plaintiff,     *

    v.     *     2:07-CV-350-MHT

COMMISSIONER[S] CAMPBELL,     *
*et al.*,
    Defendants.     *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Peasant's second Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant Peasant's Motion for Extension of Time (Doc. No. 17) is GRANTED; and

2. Defendant Peasant is GRANTED an extension from July 16, 2007 to August 15, 2007 to file his answer and written report.

Done, this 17th day of July 2007.

                                               /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR
                                          UNITED STATES MAGISTRATE JUDGE