In the United States District Court
For the Middle District of Alabama
Northern Division

Norman Clark Gangl,
    Plaintiff

V.              Case No: 2:07-CV-350-MHT
                     [Jury Trial Requested]

Commissioner[s] Cambell,
"et al.," Defendants.

## "Objection To Magistrate Judge Order On Motion"

Plaintiff objects to the "Order on Motion" Document #: 15-1, filed 07/06/2007

Wallace Capel, Jr., United States Magistrate Judge; Denied Plaintiff's Motion to Strike Counsel of Record's appearance for the Defendants in the above styled case.

Plaintiff objects and alledges that the Magistrate Judge was to swift and did not properly develope the facts before the "Order on Motion" was Entered or Denied.

Plaintiff's 1983 Complaint Stems from a Personal Injury [TB. Staph-infec-

PAGE 1

tion and Hepatitus-C. that are all attributed to overcrowding that exceeds between two (2) and three (3) times the Recommended maximum capacity of the Alabama Prisons.

It is important for the Court to Review FACTS about overcrowded conditions.

Plaintiff cites the Birmingham News (Alabama) Feb 28, 2006 Tuesday Section: Editorial; 6A Vol. 118 No. 325, "The ISSUE. Despite Promises, the State is No Closer to fixing St. Clair Corr. Facility's Polluting sewer system and those of several other prisons. ... The Reason is Money. The State does not want to spend $2.3 million needed to build a treatment plant big enough to handle overcrowded Prison's wastewater.

The Prison system's inaction has even prompted the ALA. Lawsuit by the State Attorney General's Office. The AG's office accuses the Prison System of violating the ALABAMA Water Pollution Control Act by polluting Little Canoe Creek, which flows into the Coosa River. It ask the court to Require the Prison System to fix the Problem and Pay a fine.

PAGE 2

Unfortunately, prisons polluting state waterways with untreated wastewater is a statewide problem. The AG's suit includes not only St. Clair Correctional Facility, but also Draper, Elmore, Fountain/Holman and Limestone prisons as well as Red Eagle Honor Farm. All are violating their water discharge permits, the AG's office says.

Most of the problems stem from overcrowding. Prisons are housing twice as many prisoners as they — and their wastewater treatment plants — were designed to handle.

What's even more upsetting is that the problems have existed for years. The St. Clair pollution, for example, dates back to at least 1991.

The illegal discharges at St. Clair and two other prisons continue despite a court order signed by Prisons Commissioner Donal Campbell in Oct. 2003 agreeing to fix the problems. Campbell is leaving the prison system today and the task of correcting the Corrections Systems sewer woes falls into the lap of Campbell's successor, former Chief Deputy Attorney General Richard Allen.

PAGE 3

Allen says the problem is going to get fixed, but it's "Going to take time and money."

... For years Campbell asked for money to fix prison sewers. He didn't get it. There's no money for it in this year's proposed budget, either.

Because solving prison's woes requires more money, lawmakers simply prefer to ignore them. Unless that changes, correcting corrections will be impossible.

Plaintiff also cites,

The ASSOCIATED PRESS State and Local WIRE July 17 2006 Monday 10:38 PM GMT

BYLINE: By DESIREE Hunter, Associated Press Writer

SECTION: State and Regional

LENGTH: 612

DATELINE: Montgomery, Ala.

...
...    ...

In a move to avoid FEDERAL INTERVENTION, the Attorney General's office took over the complaint in Jan. 2005 and sued the DOC in State Court.

[(NOTE:) This particular lawsuit concerned the "Donaldson Prison" (GANGU)]

The wastewater plant was taken over by a private company in August and the

PAGE 4

Attorney General's office filed a motion to dismiss the case last month, saying it was satisfied with the vast improvements made at the prison.

[There are several commits expressing mixed feelings towards the AG's office for dismissing the lawsuit.]

"We feel like the prisons should pay a penalty. They've been violating for nine years out there," Mark Martin, an attorney for the Black Warrior Riverkeeper said Monday.

Martin agreed, saying after months of negotiation with the AG's office and DOC, the latest turn of events smells less than pleasant.

"This case has been pending a year and a half. It's only been recently that anybody's mentioned sovereign immunity and the States inability to pay penalties," he said. "If it was that obvious, they would have been talking about it all along.

"We're planning on filing a response to their motion to dismiss... We didn't know that they were weren't negotiating in good faith," Martin said.

Plaintiff [Gangl] also cites.

PAGE 5

The Associated Press State and Local Wire

March 18, 2006 Sat 7:01 PM GMT
BYLINE: By Samira Jafari, Associated Press Writer
Section: State and Regional
Length: 917 words
Dateline: Montgomery, Ala.

Prison overcrowding has taken a toll on inmates, guards, infrastructure and budgets, but there's a victim that gets little attention: Alabama's rivers.

With the growth of the state inmate populations, several prisons at times dump nearly twice the amount of allowable raw sewage byproducts into Alabama's tributaries putting aquatic life and humans at risk.

...

The "wastewater treatment facilities are aging and were built to accommodate original design capacities," said Brian Corbett, spokesman for the Alabama Dept. of Corrections. "Inmate populations in excess of designed capacity place enormous stress and maintenance requirements on all areas of ADOC infrastructure, including wastwater treatment plants.

Plaintiff cited these newspaper articles to prove that the

Page 6

Attorney General Troy King is trying to play both sides of the fence. He wants to prosecute the ADOC for infractions that stem from overcrowding but when an INMATE is injured because of overcrowding — then the Attorney General does an about face and defends the A.D.O.C.

That is a Conflict of interest.

It is also an "Ethics Violation" for the Attorney General to file a frivolous LAWSUIT for no more then to assure that the Federal Government will be kept at Bay.

The facts are very clear. The former Prison Commissioner left "his Job" and was facing a possible JAIL sentence by a Federal Judge for failures to alleviate Prison overcrowding.

The new Prison Commissioner was plucked from the same Attorney General's office Former Chief Deputy Attorney General

Page 7

Richard Allen. The first Public announcement made by former Chief Deputy A.G., now ADOC Commissioner Richard Allen was, "He is not concerned with the 'Federal Order'... and "He can put me in Jail before I release dangerous criminals." said Richard Allen.

Plaintiff prays the Court will order the Attorney General Troy King to withdraw as defense counsel for defendants in this case.

Respectfully submitted on this the 16th day of July 2007,

Norman Clark Gangl
Norman Clark Gangl 149515
Ventress Correctional Facility
P.O. Box 767
Clayton, Al 36016

Certificate of Service   I, Norman Gangl, swear under the Rules of Perjury that on this day July 16th 2007 a copy of the above has been served by U.S. Mail to each attorney for defendants and the original to the U.S. District Court. Signed: Norman Clark Gangl 149515
(1) Clerk, US District Court (2) Paul M James, Jr Attorney for John Peasant, M.D. (3) Attorney Gen. Troy King.

Page 8



Norman Clark Gangl 149515
NAME                AIS #          DORM #
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

17 JUL 2007 PM 1 L

Office of the Clerk
United States District Court
PO Box 711
Montgomery, Alabama
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."