IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NORMAN CLARK GANGL,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:07cv350-MHT |
| ) | |
| DONAL CAMPBELL,    ) | |
| Commissioner, et al.,    ) | |
| ) | |
|    Defendants.    ) | |

ORDER

It is ORDERED that plaintiff's objection to order (Doc. No. 19) is overruled.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 20th day of July, 2007.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE