IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

NORMAN CLARK GANGL, #149 515  *

     Plaintiff,             *

     v.                  *        2:07-CV-350-MHT

COMMISSIONER[S] CAMPBELL,  *
*et al*.,
     Defendants.      *

_____

**ORDER**

Upon consideration of Plaintiff's response filed August 23, 2007 (Doc. No. 24), and for good cause, it is

ORDERED that on or before September 11, 2007 the medical Defendants file a reply to Plaintiff's response that the "grievance procedure as explained by Mrs. Burks is the best kept secrete [sic] at Ventress," and that the grievance procedure described by Mrs. Burks is not and has never been posted in the daily inmate bulletin, the Ventress law library, or the health care clinic.  (Doc. No. 24.)  In support of their reply, the medical defendants should attach any and all relevant documentary evidence and/or affidavits not heretofore provided regarding the notice and/or availability to inmates of information regarding PHS's policy of providing a grievance mechanism to address inmate complaints about health services.

It is further

ORDERED that Plaintiff may file any further response in accordance with the provisions contained in the court's August 16, 2007 order within fourteen days of the medical defendants' compliance with the instant order.

Done, this 27th day of August 2007.


       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR
UNITED STATES MAGISTRATE JUDGE