IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORMAN CLARK GANGL (AIS# 149515) | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07-CV-350-WHA |
| | * | |
| COMMISSIONER[S] CAMPBELL, et al. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF FILING

COMES NOW the Defendant, John Peasant, M.D., by and through counsel, and files the Supplemental Affidavit of Nettie Burks, H.S.A. in further support of their Special Report, and in response to this Court's Order dated August 27, 2007.

Respectfully submitted,

/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant
John Peasant, M.D.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 11th day of September, 2007, to:

Mr. Norman Clark Gangl (AIS # 149515)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

                    /s/  PAUL M. JAMES, JR. (JAM017)
                    Attorney for Defendant
                    John Peasant, M.D.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NORMAN CLARK GANGL, (AIS #149515),    *

      Plaintiff,    *

                         *

V.    *    2:07-CV-350-WHA

                          *

COMMISSIONER(S) CAMBPELL, et al..    *

      Defendant.    *

                          *

## SUPPLEMENTAL AFFIDAVIT OF NETTIE BURKS, H.S.A.

**BEFORE ME,** Reba Currie , a notary public in and for said County and State, personally appeared **NETTIE BURKS, H.S.A.,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Nettie Burks. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associate's Degree in nursing from Wallace Community College in Dothan, Alabama. I have worked as a registered nurse at Ventress Correctional Facility in Clayton, Alabama since 1997. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Ventress Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

When an inmate arrives at Ventress Correctional Facility, they are processed in the Medical Unit and an Intake Information Sheet is completed on the inmate. At this time, the inmate is verbally educated and given two information sheets, one is titled, "Procedure For Access to Health Care Ventress Correctional Facility" (See Exhibit A attached hereto) and the other is titled "Access to Care" (See Exhibit B attached hereto). These sheets describe the procedures to be followed at Ventress with respect to inmates obtaining the appropriate medical request forms and scheduling medical appointments. I am also attaching a copy of the forms to be completed by the inmate when they have a medical complaint.

The inmate can obtain an Inmate Request Slip (See Exhibit C attached hereto) from his dorm or the Shift Office in the Healthcare Unit. Once the inmate completes this request slip, he can place it in the Sick Call Box or in the mail. The request is forwarded to me and I arrange to meet with the inmate to discuss his complaint.

If the inmate is not happy, he can request a grievance form (See Exhibit D attached hereto) from the Shift Office or Healthcare Unit. This form allows the inmate to communicate any healthcare related concern by placing the form in the in house mail system or sick call box to be forwarded to the healthcare unit. I subsequently review the grievance form and schedule another meeting with the inmate to try to resolve his complaint.

If the inmate is still unsatisfied with my response, he may request a grievance appeal form (See Exhibit E attached hereto) from the Shift Office or Healthcare Unit. This form allows the inmate to again voice his concerns relating to the healthcare issue addressed with the grievance form. After the inmate has submitted the formal grievance, I

will either respond again in writing, or, if warranted, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

    Further affiant sayeth not.

METTIE BURKS, H.S.A.

STATE OF ALABAMA    )
COUNTY OF Barbour    )
                )

    Sworn to and subscribed before me on this the ____10th____ day of
Sept_____, 2007.

Reba J Currie

Notary Public

My Commission Expires:

9-8-08

## PROCEDURE FOR ACCESS TO HEALTH CARE
## VENTRESS CORRECTIONAL FACILITY

Treatment for routine medical complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and a turn it into medical services for processing. You may obtain screening forms from any shift commander's office. All sick call forms are to be put in the locked "Sick Call Box" located in the dining hall. All health services request are subject to a $3.00 co-pay being deducted from your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel on medication rounds. Doctor's clinic is held Monday thru Friday excluding holidays or an unexpected emergency. Inmates on sick call must report for screening or sign a refusal of treatment form declining care. Screening for population and segregation begins at 7:30 P.M.

Pill call times for this institution are as follows:

| Population | Segregation |
|---|---|
| 3:30 A.M. till 4:30 A.M. | 4:00 A.M. |
| 9:15 A.M. till 10:00 A.M. | 11:00 A.M. |
| 3:30 P.M. till 4:30 P.M. | 4:00 P.M. |
| 9:00 P.M. | |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until next sick-call clinic will be processed upon review. All other request will be held until regular Monday through Friday sick call. Nursing service is provided 24 hours a day with physicians on call. Medical emergencies such as those involving intense pain, potential life-threating situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency for prompt access to the health care unit.

You are required to sign up for dental sick call using the same procedure as medical sick call. Population and Segregation dental sick call is held weekly on Friday at 8:00 A.M. in the Health Care Unit. Needed follow-up, depending on the type of care, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between the health care staff and you. Prescribed medications are to be picked-up at pill call, profiles picked up at treatment times, appointments are to be kept, in-services attended. You need to check the newsletter each day for stop-ups for appointments. Treatments are done every day at 5:00 A.M. and 6:15 P.M.


DEFENDANT'S EXHIBIT
A

**Access to Care**
Prison Health Services
Alabama Department of Corrections

Incarcerated individuals are afforded timely access to care to meet their serious medical, dental and mental health needs in each health care unit.

In emergency situations you are to advise the nearest correctional officer for immediate health services activation.

Inmates in population areas may fill out a routine sick call request form and place the completed form in the sick call collection locked box conveniently located in your facility for daily medical collection and routing to the correct health division.

Population, weekend and holiday sick call written request are reviewed by nurse triage staff each day – weekends and holidays. Those identified as unable to medically wait for the next routine and scheduled nurse triage will be located for necessary assessment. Those found able to wait for the next regularly scheduled nurse triage encounter will be forwarded for review during normal operating hours.

Inmates in lock down or single cells (segregation) may give their sick call request daily to nursing service. You will be contacted within a 24 hour timeframe barring extenuating circumstances.

Incarcerated individuals are not punished for seeking care for their serious health needs.

You will not be denied access to care or care services by medical staff based on any inability to meet co-pay assessments. There is no charge for physicals as scheduled by medical staff, chronic care, medical initiated care, follow-up care (to include test results) or public health care needs.

Inmate health care encounters in each institution are set in accordance with institutional requirements as approved by the Warden.

Medical grievance forms concerning health services may be obtained in the same manner as sick call request forms and returned to health services in the same manner. In segregation you may also ask a correctional officer for a medical grievance form and return the completed form to the officer for forwarding to the unit Health Services Administrator for review. If you are unable to resolve the initial grievance submitted you will be issued a formal grievance for completion by the Health Services Administrator. This form is to be returned to the Health Services Administrator at your site. Grievances are reviewed within three days of receipt.

If you are eligible for our Keep on Person medication program you will be advised and offered the opportunity to participate.

Some over the counter medications are available to you in the canteen. Over the counter medications are not issued from health services as Keep on Person medication.

Medical staff is unable to release your health information to family members.

If you initiate a medical care encounter and are scheduled an appointment for medical or dental services, you are expected to keep your appointment or sign a release of liability form prior to the scheduled encounter. Medication is to be taken as ordered. If you miss your medication you are subject to a counsel by medical staff. Your medical care is important. This is a joint effort between the patient, department of corrections and Prison Health Services.

Your assigned institution will provide you a copy of pill call times, sick call times and other unit specific information you should be aware of.

4/13/04



INMATE REQUEST SLIP

Name_____ Quarters_____ _____ Date_____

AIS #_____ ____

( ) Telephone Call          ( ) Custody Change        ( ) Personal Problems
( ) Special Visit           ( ) Time Sheet            ( ) Other_____

Briefly Outline Your Request- Then Drop in Mail Box

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Do Not Write Below This Line – For Reply Only

_____

_____

_____

_____

_____

_____

_____

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden       ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer- Notary ( ) Record Office
                                     Public

N176



Prison Health Services, Inc.

Inmate Grievance

NAME                    AIS #                    UNIT              DATE

PART A---Inmate Grievance

_____

_____

_____

_____

_____

_____

_____

_____

_____

                                        INMATE SIGNATURE

PART B –RESPONSE                        DATE RECEIVED_____

_____

_____

_____

_____

_____

_____

_____

                                        P.H.S. Department Head Signature

                                        DATE _____

**If you wish to appeal this review you may request a** <u>Grievance Appeal</u> **form from the Health Services Administrator. Return the completed form to the attention of the;  Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

| H.S.A Selection: | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X   Other | | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05


DEFENDANT'S
EXHIBIT
tabbies
D

Prison Health Services, Inc.

Inmate Grievance **Appeal**

NAME _____ AIS # _____ UNIT _____ DATE _____

PART A—INMATE Grievance Appeal for the following reason:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
                                    INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

PART B –RESPONSE                    DATE RECEIVED_____

_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature                    Health Services Department Head

Date                                Date

H.S.A. Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
. Revised 5/16/05


DEFENDANT'S EXHIBIT
tabbies
E