IN The UNITED States District Court
For The MiddLE District of Alabama
Northern Division

IN The matter of Case
2:07-CV-350-WHA
[Jury Trial Requested]

Norman Clark GANGL
           PLAINTIFF,
V.

COMMISSIONER[S] Cambell, et al.
   Defendants.

"Response to Supplemental Special
     Report"

Norman Clark GANGl files this
Response Pro se
        and swears UNDER the
Rules of Perjury that the
following is true.

after suffering injury(s)
   (1) TB
   (2) STAPH INFECTIONS
   (3) Hep-C

           PAGE (1)

Plaintiff filed a 1983 Personal Injury Claim.

Attorney acting for the ADOC Commissioner[s] filed an "Answer of Defendants" Deny the allegation of Complaint and Asked for Strict Proof.

(1) The Injury Proof is Listed in the Medico Report submitted by the Attorneys acting for Dr. Peasant.

(2) Plaintiff swears before God and this Court that he would not have suffered the injury if the Commissioner[s] would have followed and acted under the Federal Court order to Relieve overcrowding. The "New" Commissioner took over the job for the Old, or Last Commmissioner when a federal Judge told him He would be seeing the inside of a Jail cell if he did not Relieve the overcrowded Conditions.

Page [2]

the old Commissioner Mr Donal Campbell quit rather then face a JAIL Cell and a LEGAL EXPERT who was the Chief Attorney General and without Penal Management Experience took over the Job as Commissioner for the ADOC and the first Statement to the Public was "The Federal Judge can put me in JAIL — I'm Not Releasing any inmates". This Commissioner is Mr. Richard Allen.

In Other Words, Commissioner denies an injury.

The Medical Report states and Proves otherwise.

Commissioner Richard Allen admits that the Prison System is opperateing at double the "MAX Capacity." although Plaintiff avers it is closer to triple the Capacity.

Page 3

By opperatting a prison so over-crowded for so long the personal injury will sustaine as a Constitutional violation and Plaintiff is prepared to present his side of the story to a Jury.

Plaintiff Avers and will ask this court to allow Plaintiff the facts that Commissioner Allen is allowing hundreds of thousands of gallons of raw sewage in Alabama Rivers each year because the prisons are so overcrowded the treatment plants can not handle the double amount of waiste excrement.

This shows the state of mind of the Commissioner and a complete disregard for my health that allowed me to suffer the injuries of TB, Staph and Hep.-C.

The Prison Health Care Inc. has came forward with the Med. Records that prove injury.

Page 4.

Commissioner Allen admitted publicly a LACK of Concern for the Federal order to Relieve Overcrowding.

The BIGGEST DANGER to the Alabama Citizens is not the threat from terrorist but is in fact the WASTE THAT Commissioner Allen is dumping untreated into the Alabama Rivers. Over 60% of the INMATES from which this RAW SEWAGE COMES are infected with TB, staph infections, AID or HIV, STD's or Hepititus. The Risk to the Public is outRagious Just Like it was outRagious for the Commissioner(s) to allow the ADOC to OPPERATE at double the max capacity for the last 17 years.

The Federal Courts are the ONLY HOPE for the Public and Commissioner Allen should PAY the Price for my INJURY.

As for the Supplemental Response by the Defendants

Page 5

Nurse Nettie Burks admits that she began administrative work for Prison Health Care Inc., Nov. 3, 2003. Plaintiff avers that he was already an inmate at Ventress approx. (8) eight months before she began her administrative duties.

Plaintiff ask this Court to please notice A and B are not signed by Plaintiff and Plaintiff denies knowledge of these procedures.

Mrs Nettie Burks has once again failed to address the "Cronic Care" procedures and the Exhibits do not describe any procedure under the "Cronic Care Patient."

It is also important for this Court to take note that Dr. Pesant made a claim that "Did not fall under the criteria for treatment of Hep-C"

Plaintiff avers that this is no more than navigating around the expensive treatment

There are more then 1,500 inmates at the ADOC with Hep-C but Dr Pesant's statement about not meeting the criteria for treatment of Hepititus-C is no more than a "waiting list" that inmates with Hep-C are put on because the ADOC does not want to pay the HIGH EXPENSE for the Hep-C treatment. Hundreds of inmates are not even being informed that they are infected with Hep-C until they suffer TB infection and then the doctors are compelled to tell them about the added risk of the TB treatment due to the liver disease.

    It is long established that a waiting list for med. treatment violates the constitution.

    AGAIN PLAINTIFF informs the Defendants that he is open to a fair and honest offer of settlement and if the Defendants

Refuse to accept Responsibility for the wrongs and injuries suffered by the Hands of the Defendants acting under the color of State LAW.

PLAINTIFF Request that arrangements be made for an immediate trial and PrAys this Court will No longer allow unnecessary or wanton delays in bringing this Matter to trial.

Respectfully Submitted,

Norman C. Gangi

DATE: Sept 19, 2007

Norman Clark GANGI 149515
Ventress Correctional Facility
PO Box 767
Clayton, AL 36016

Certificate of Service

Plaintiff Norman Clark GANGI Swears that everything Said herein is true and on this Date Sept 19, 2007 True and Correct Copies are being Mailed to the Listed Parties. For the Record the Original is being Mailed Postage Prepaid to the District Court (U.S.) and The Copies for the attorney for defendants (2) Copies are being deposited in the Inmate Legal Mail Box to be paid Postage By the ADOC

Page 8

(1) Office of the Clerk. US District Court
PO Box 711, Montgomery, AL 36101-0711

(2) Paul M. James (Attorney at Law) 184 Comerce St. PO Box 270. Montgomery, 36101-0270

(3) Office of the Attorney General. 11 S. Union St. Montgomery, AL 36130

DATE Sept 19, 2007

Respectfully Submitted,

Norman Clark Gang

Norman Clark Gang L149515
Ventress Correctional Facility
PO Box 767.
Clayton, AL 36016

Notary Block
State of Alabama
County of Barbour

Subscribed and sworn to before me this
___19th___ day of ___September___, 2007

Carolyn R. Abercrombie
Notary Public

My Commission Expires 08/08/2011

Comm. Exp. Date

PAGE 9

