IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NORMAN CLARK GANGL,            )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:07cv350-MHT
                               )            (WO)
DONAL CAMPBELL,                )
Commissioner, et al.,          )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming overcrowding and the denial of medical treatment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' dispositive motions should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 19th day of August, 2009.**

  /s/ Myron H. Thompson  
  **UNITED STATES DISTRICT JUDGE**