IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


NORMAN CLARK GANGL,          )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         2:07cv350-MHT
                             )            (WO)
DONAL CAMPBELL,              )
Commissioner, et al.,        )
                             )
    Defendants.              )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff Norman Clark Gangl's objections (Doc. No. 29) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 28) is adopted.

(3) Defendants Donal Campbell and Richard Allen's motion for summary judgment (Doc. No. 12) is granted.

(4) Judgment is entered in favor of defendants Campbell and Allen and against plaintiff Gangl, with plaintiff Gangl taking nothing by his complaint as to these defendants.

(5) Defendant John Peasant's motion to dismiss (Doc. No. 21) is granted.

(6) Defendant Peasant and the claims against him are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Gangl, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of August, 2009.


                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE